**TASKS PERFORMED BY TRUSTEE**

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Oct-16-05 | Review petition and schedules(.3) conduct 341 Meeting of Creditors(.4) | 0.70 | TES |
| Mar-02-06 | Draft Motion to Employ Counsel to the Trustee, proposed Order and Notice | 0.80 | TES |
| Mar-09-06 | Court appearance on Motion to Employ | 0.50 | TES |
| Mar-17-06 | Draft Motion to Employ Realtor, proposed Order and Notice | 0.80 | TES |
| Mar-23-06 | Court appearance on Motion to Employ | 0.50 | TES |
| May-03-06 | Draft Motion to Extend time to File Objections to Discharge, proposed Order and Notice | 1.00 | TES |
| May-18-06 | Court appearance on Motion to Extend Time | 0.50 | TES |
| May-04-06 | Review of proposed Broker listing agreement and draft amendment thereto. | 0.50 | KAG |
| May-08-06 | Receipt and review of Morehead purchase offer.(.2) Conference with Trustee regarding sufficiency of Morehead offer.(.2) Telephone call with listing broker to discuss offer and request comparable property sales.(.3) | 0.70 | KAG |
| May-10-06 | Review of recent comparables in light of 85,000 offer.(.3) Drafting of pro forma closing statement based upon 85,000 offer to determine value to estate.(.2) Conference with Trustee regarding offer and likely value to estate.(.2) Telephone call with listing broker regarding counter offer(.2) | 0.90 | KAG |
| May-24-06 | Correspondence to Washington Mutual Counsel to order payoff. | 0.30 | KAG |
| May-24-06 | Correspondence to M & I Bank counsel to order payoff | 0.30 | KAG |
| May-24-06 | Correspondence to First Amer. Title to order title commitment. | 0.30 | KAG |

**EXHIBIT A**

| Date | Description | Hours | Atty |
|---|---|---|---|
| May-24-06 | Research current real estate tax status with Kane County Treasurer | 0.20 | KAG |
| May-26-06 | Draft Motion to Approve Sale of Real Estate | 1.00 | TES |
| Jun-15-06 | Court appearance on Motion to Approve Sale | 0.50 | TES |
| Jun-08-06 | Follow up with Kane County Treasurer regarding payment of 1st installment of taxes | 0.20 | KAG |
| Jun-08-06 | Correspondence to Buyers counsel regarding title, closing date and rent back to Debtor. | 0.40 | KAG |
| Jun-08-06 | Correspondence to Debtor's counsel regarding vacating property prior to closing. | 0.40 | KAG |
| Jun-08-06 | Telephone call with Mortgage Electronic Registration Systems to determine servicer of first mortgage to clear title. | 0.20 | KAG |
| Jun-08-06 | Request survey from ARS Survey. | 0.20 | KAG |
|  | Telephone call with listing broker regarding Debtor rent back and name of property management company. | 0.20 | KAG |
| Jun-08-06 | Request payoff letter on mortgage of M & I Bank second mortgage. | 0.20 | KAG |
| Jun-08-06 | Correspondence to Pierce and Assoc. to obtain "MIN" for proof of Washington Mutual Serving. | 0.20 | KAG |
| Jun-20-06 | Telephone call with Mortgage Electronic Registration System to obtain verification of servicer of loan. | 0.30 | KAG |
| Jun-20-06 | Telephone conference with counsel for M & I Bank regarding incorrect payoff letter and secured portion of claim vs. unsecured portion of claim. | 0.30 | KAG |
| Jun-20-06 | Telephone call with surveyor regarding survey problem. | 0.10 | KAG |
| Jun-21-06 | Correspondence to Debtor's counsel regarding Debtor failure to timely vacate property. | 0.40 | KAG |
| Jun-21-06 | Telephone call with buyer's counsel | 0.20 | KAG |

**EXHIBIT A**

|            |                                                                                                                                                      |      |     |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----|
|            | regarding Debtor failure to vacate.                                                                                                                  |      |     |
| Jun-21-06  | Telephone call with listing broker regarding Debtor's failure to vacate.                                                                             | 0.20 | KAG |
| Jun-21-06  | Telephone call with counsel for M & I bank re: corrected Net Payroll off letter.                                                                     | 0.20 | KAG |
| Jun-21-06  | Telephone call with Buyer's Counsel regarding Debtor's failure to vacate.                                                                            | 0.20 | KAG |
| Jun-21-06  | Telephone call with Debtor's counsel regarding when Debtor will vacate.                                                                              | 0.20 | KAG |
| Jun-21-06  | Obtain certified copies of order authorizing sale of estate property.                                                                                | 0.50 | CJH |
| Jun-22-06  | Telephone call with Buyer's counsel to reset the closing.                                                                                            | 0.20 | KAG |
| Jun-22-06  | Telephone call with Title Company to reset closing.                                                                                                  | 0.20 | KAG |
| Jun-26-06  | Conference with Trustee regarding payoff letter of M & I Bank and lender demand for attorney fees and costs for an unfiled adversary complaint.      | 0.20 | KAG |
| Jun-27-06  | Telephone conference with Robert Duffin, Chief Counsel for First American Title regarding closing transaction without payoff of M & I Bank with their lien to attach. | 0.30 | KAG |
| Jun-27-06  | Correspondence to M & I's counsel regarding objection to their pay off figures.                                                                      | 0.40 | KAG |
| Jun-27-06  | Telephone conference with Counsel for FATIC agreeing to insure over M & I Bank mortgage.                                                             | 0.30 | KAG |
| Jun-27-06  | Preparation of closing documents including closing statement, deed, affidavit of title, bill of sale, tax declarations, ALTA statements .            | 2.00 | KAG |
| Jun-27-06  | Telephone call with listing broker regarding unpaid water bill.                                                                                      | 0.20 | KAG |
| Jun-27-06  | Telephone call with listing broker regarding commission and split with selling broker.                                                               | 0.20 | KAG |

**EXHIBIT A**

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jun-28-06 | Attendance at closing | 2.00 | KAG |
| Jun-29-06 | Telephone conference with Lender's counsel regarding settlement of dispute over lender charges. | 0.30 | KAG |
| Jun-29-06 | Receipt and review of Settlement proposal from M & I Bank. Discuss with Trustee. | 0.30 | KAG |
| Jan-26-07 | Complete Forms 1 and 2 for annual reports | 1.00 | MMS |
| Mar-20-07 | Draft objection to M&I bank claim, proposed order and notice | 1.20 | MMS |
| Apr-26-07 | Court appearance on Objection to Claim | 0.50 | TES |
| May-8-07 | Complete Final Report | 3.00 | MMS |
| May-8-07 | Review and revise Final Report | 0.50 | TES |
| Anticipated | Court appearance on Final Report(.5) transfer funds to checking account and complete Final Distribution Report and send to US Trustee for approval(0.6) | 1.10 | TES |
| Anticipated | Receive approval of Final Distribution from US Trustee and cut check to creditors and Debtors; review signature and send. | 0.80 | TES |
| Anticipated | Monitor receipt of presented and cancelled checks; review of all cancelled checks on or before deadline for presentation; monitor trust account ledger for correct balance upon presentation of checks | 1.00 | TES |
| Anticipated | Complete Final Account and Form 4 | 1.00 | TES |
| Anticipated | Receive U.S. Trustee's Memorandum of Review; finalize file for closing and update internal audit | 0.50 | TES |
| | **TOTAL** | **31.30** | |

**EXHIBIT A**