UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| BENSON, JEFFREY LAWRENCE | ) | CASE NO. 05-57631-MB |
| MRKVICKA, CINDEE LOIS | ) | |
| Debtors. | ) | Hon. Manuel Barbosa |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtors, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   Old Kane County Courthouse, 100 S. Third St., Room 140, Geneva, Illinois

    On:  **August 23, 2007**           Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                           $3,286.59

    Disbursements                                                                                  $0.00

    Net Cash Available for Distribution                                              $3,286.59

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| THOMAS E. SPRINGER, Trustee | $0.00 | $821.65 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:  N/A

7. Claims of general unsecured creditors totaling $147,476.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.67% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Illinois Student Assistance Commission | $39,356.77 | $657.81 |
| 2 | AmeriCredit | $13,733.43 | $229.54 |
| 3 | Verizon North Inc | $352.78 | $5.90 |
| 4 | Global Payments Inc | $335.01 | $5.60 |
| 5 | ACCT RCV SVC | $262.40 | $4.39* |
| 6 | Check It A Unit of RMA | $188.00 | $3.14* |
| 7 | Rockford Mercantile | $93,248.18 | $1,558.56 |

**\* Pursuant to Rule 3010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §347, these distributions which are less than $5.00, shall be deposited with the Clerk of the Bankruptcy Court.**

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Rock Valley Credit Union savings account -- | $29.00 |
| 109 London SE, Poplar Grove, IL 61065 | $113,000.00 |
| 3 Checking Account with Charter One Bank -- | $200.00 |
| Household Goods and Furniture | $2,000.00 |
| Books, CDs, etc. | $250.00 |
| Clothes | $500.00 |
| Camera | $100.00 |
| Term Life Insurance - No cash surrender value | $0.00 |
| Law Offices of Jeffrey L. Benson -- | $0.00 |
| 1998 Dodge Caravan -- 75,000 miles | $1,200.00 |
| Used computers, office equipment and supplies | $1,500.00 |

Dated: **July 24, 2007**                                    For the Court,

By:   **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:         Thomas E. Springer
Address:         400 S. County Farm Road
                 Suite 330
                 Wheaton, IL  60187
Phone No.:       (630) 510-0000

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2                   Date Rcvd: Jul 24, 2007
Case: 05-57631                 Form ID: pdf002             Total Served: 47


The following entities were served by first class mail on Jul 26, 2007.
db         +Jeffrey Lawrence Benson,    8N906 Burlington Road,    Hampshire, IL 60140-8719
jdb        +CinDee Lois Mrkvicka,    109 London SE,    Poplar Grove, IL 61065-8932
aty        +Chris A Cieniawa,    Fisher and Shapiro LLC,    4201 Lake Cook Road,    Northbrook, IL 60062-1060
aty        +Jeffrey L Benson,    Law Offices of Jeffrey Benson,    3337 W 95th St  Suite 2,
             Evergreen Park, IL 60805-2234
tr         +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
             Suite 330,    Wheaton, IL 60187-4547
10563354  ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,    801 Cherry St Ste 3900,    Fort Worth, TX 76102-6839)
10291902  ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: Americredit,    P.O. Box 78143,    Phoenix, AZ 85062-8143)
10539664  ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,    PO Box 183853,    Arlington, TX 76096-3853)
10563351   Abidon Leasing,    State Street,    Rockford, IL
10563352  +Accounts Receivable Mg,    7507 N 2nd St Unit C,    Machesney Park, IL 61115-2867
10563353 +++Acct Rcv Svc,    PO Box 2526,    Loves Park, IL 61132-2526
10563355  +Asset Accept,    Po Box 2036,    Warren, MI 48090-2036
10563356  +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
10291903  +Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
10636156  +Card Service Center,    P.O. Box 5877,    Hicksville, NY 11802-5877
10477137  +Chase Manhattan Mortgage Corp,    PO Box 509011,    San Diego, CA 92150-9011
10563358  +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
11244825   Check It A Unit of RMA,    PO Box 6264,    Rockford Illinois 61125-1264
10636157  +Chicago Sun Times,    P.O. Box 1003,    Tinley Park, IL 60477-9103
10636158  +Chicago Tribune,    P.O. Box 6490,    Subscriber Billing,    Chicago, IL 60680-6490
10563359  +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10563360  +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
10563361  +Collectech,    3000 Corporate Exc,    Columbus, OH 43231-7689
10563362  +Collection,    700 Longwater Driv,    Norwell, MA 02061-1796
10563363  +Credit Management,    4200 International,    Carrollton, TX 75007-1912
10563364  +Creditors Protection S,    202 W State St Ste 300,    Rockford, IL 61101-1163
10563367  +Fairlane/Sst,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
10563368  +Global Payments Inc,    Po Box 59371,    Chicago, IL 60659-0371
11351813  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,    Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA 19114-0326)
10477138  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Mail Stop 5010 CHI,    230 S Dearborn Street,
             Chicago, IL 60604-1505)
10563374 +++Illinois Student Assistance Commission,    1755 Lake Cook Road,    Deerfield, IL 60015-5209
10563375  +Kca Finl,    628 North Street Pob 53,    Geneva, IL 60134-0053
10563376  +Midstate Collection So,    Po Box 3292,    Champaign, IL 61826-3292
10563377  +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
10563378  +Nco Financial Systems,    Pob 41466,    Philadelphia, PA 19101-1466
10563379  +Ndc Ck Svc,    6215 W Howard,    Niles, IL 60714-3403
10563380  +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
10636159  +North Shore Agency, Inc.,    751 Summa Ave.,    Westbury, NY 11590-5010
10563381  +Nw Collector,    3601 Algonquin Rd Suite 500,    Rolling Meadow, IL 60008-3143
10563382  +Presidio/Cm,    101 Crossway Park West,    Woodberry, NY 11797-2020
10563383  +Providian,    4940 Johnson Dr,    Pleasanton, CA 94588-3308
10563384  +Rent a Center,    Belvidere, IL 61008
10563385  +Risk Management/Check It,    Po Box 6264,    Rockford, IL 61125-1264
10563386  +Rockford Mercantile,    2502 S Alpine Rd,    Rockford, IL 61108-7813
10563394  +Security Fin,    Po Drawer 811,    Spartanburg, SC 29304-0811
11144176  +Verizon North Inc,    AFNI/Verizon,    404 Brock Drive,    Bloomington, IL 61701-2654
10563395  +Verizon Nth,    Po Box 165018,    Columbus, OH 43216-5018

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10563357*    Chase Manhattan Mortgage Corp.,    P.O. Box 509011,    San Diego, CA 92150-9011
10563365*   +Creditors Protection S,    202 W State St Ste 300,    Rockford, IL 61101-1163
10563366*   +Creditors Protection S,    202 W State St Ste 300,    Rockford, IL 61101-1163
11152112*   +Global Payments Inc,    PO Box 59371,    Chicago, IL 60659-0371
10563369*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Mail Stop 5010 CHI,    230 S. Dearborn Street,
             Chicago, IL 60604-1505)
10563370*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Mail Stop 5010 CHI,    230 S. Dearborn Street,
             Chicago, IL 60604-1505)
10563371*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Mail Stop 5010 CHI,    230 S. Dearborn Street,
             Chicago, IL 60604-1505)
10563372*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Mail Stop 5010 CHI,    230 S. Dearborn Street,
             Chicago, IL 60604-1505)
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Jul 24, 2007
Case: 05-57631                Form ID: pdf002          Total Served: 47

              ***** BYPASSED RECIPIENTS (continued) *****
10563373*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  IRS,   Mail Stop 5010 CHI,   230 S. Dearborn Street,
               Chicago, IL 60604-1505)
10563387*     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
10563388*     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
10563389*     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
10563390*     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
10563391*     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
10563392*     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
10563393*     +Rockford Mercantile,    2502 S Alpine Rd,   Rockford, IL 61108-7813
                                                                                   TOTALS: 0, * 16
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2007**                                **Signature:**    *Joseph Speetjens*