**TASKS PERFORMED BY TRUSTEE**

**NOTE:** The asset administration in the Estate consisted of collecting the Debtor's legal fees which he collected post-petition. The Trustee is not seeking payment of attorneys' fees due to the limited amount of funds collected. Accordingly, the Trustee's requested compensation contemplates and encompasses all Estate administration and represents the total administrative fee request in this case.

1. Review of filed Petition, Schedules and Statement of Financial Affairs.
2. Examine the Debtors at Creditor Meeting pursuant to §341.
3. Review the Debtors' financial documents.
4. Draft letter to Debtor requiring turnover of the post-petition legal fees collected.
5. File Notice of Assets.
6. Review claims docket and print all claims and supporting documents; review proofs of claims and supporting documents; import to TCMS.
7. Complete Final Report.
8. Receipt and review proof of claim from the Internal Revenue Service; Draft Objection to secured portion of claim
9. Court appearance on first Final Report; withdraw same due to Internal Revenue claim.
10. Court appearance on Objection to Internal Revenue Service claim.
11. Complete second Final Report
12. Court appearance on second Final Report transfer funds to checking account and complete Final Distribution Report and send to US Trustee for approval.
13. Receive approval of Final Distribution from US Trustee and cut check to creditors.
14. Monitor receipt of presented and cancelled checks; review all cancelled checks on or before decline for presentation; monitor trust account ledger for correct balance upon presentation of checks.
15. Complete Final Account and Form 4.
16. Receive U.S. Trustee's Memorandum of Review; File Final Account and enter date filed into TCMS; finalize file for closing and update internal audit.

**EXHIBIT A**